United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16749-ref
William Anthony Moran, Sr.                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db             #+William Anthony Moran, Sr.,    6955 Snowdrift Road,    Bethlehem, PA 18017-9367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:29      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB,   as Servicer for,   Lakeview Loan Servicing, LLC
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   LakeView Loan Servicing, LLC KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Cenlar FSB bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Debtor William Anthony Moran, Sr. zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Anthony Moran Sr.<br>                   Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>                Moving Party<br>vs. | NO. 17-16749 REF |
| William Anthony Moran Sr.<br>                   Debtor | |
| Frederick L. Reigle Esq.<br>                   Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is Lakeview Loan Servicing, LLC.

2. Debtor is the owner of the premises 6955 Snowdrift Road, Bethlehem, PA 18017, hereinafter referred to as the mortgaged premises

3. Movant is the holder of a mortgage, original principal amount of $225,834.00 on the mortgaged premises that was executed on June 29, 2012. Said mortgage was recorded on July 11, 2012 at Book 2012-1, Page 158938. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on September 13, 2016, at Book 2016-1, Page 194375 in Northampton County.

4. Frederick L. Reigle Esq., is the Trustee appointed by the Court.

5. Debtors' counsel has confirmed by way of communication with Movant's counsel, that the property is vacant. *

6. On or about January 24, 2018, Movant received a communication from a Code Enforcement Officer advising that he had visible confirmation of flooding on the first floor of the property.

7. In an effort to expedite the securing and winterizing the property, the parties have agreed as follows;

    a. the stay provided by Bankruptcy Rule 4001(a)(3) is temporarily waived.

\* The property is temporarily vacant. Debtor intends to return within the next 30 days

b.   Movant and/or agent acting on behalf of Movant are granted immediate leave to access the aforementioned property in an effort to secure, winterize the property as necessary.

c.   In the event that Movant and/or agents acting on its behalf should determine it necessary to change locks in order to properly secure the property, Debtor shall be granted access way of communication between counsels for Movant and Debtor.

8.   The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts, including fees and costs, due under the terms of the mortgage and applicable law.

9.   The parties agree that a facsimile signature shall be considered an original signature.

Date:   January 26, 2018

/s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734

Date: 1/29/2018

Zachary Zawarski
Attorney for Debtor

Date: 1/31/2018

Frederick L. Reigle, Esquire
Chapter 13 Trustee

Approved by the Court this 15 day of February, 2018. However, the court retains discretion regarding entry of any further order.

U.S. Bankruptcy Judge, Richard E. Fehling