UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

WILLIAM ANTHONY MORAN, SR.
                                           : Bankruptcy No. 17-16749REF
        Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 24, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

WILLIAM ANTHONY MORAN, SR.
6955 SNOWDRIFT ROAD
BETHLEHEM,PA.18017