United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-16749-ref
William Anthony Moran, Sr.                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: May 24, 2018
                              Form ID: pdf900         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db            #+William Anthony Moran, Sr.,    6955 Snowdrift Road,    Bethlehem, PA 18017-9367
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13993189       +AR Resources Inc.,    1777 Sentry Pkwy. W.,    Blue Bell, PA 19422-2206
13993188       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13993193        CHS Professional Practice Inc.,    P.O. Box 826348,    Philadelphia, PA 19182-6348
14004081       +Cenlar FSB, as Servicer for,    Lakeview Loan Servicing, LLC,    c/o KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13993192       #+Christina Moran,    6955 Snowdrift Road,    Bethlehem, PA 18017-9367
13993194       +Citibank, NA/The Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13993195       +Huntington National Bank,    3 Cascade Plaza Cas 056,    Akron, OH 44308-1124
13993197       +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                 Philadelphia, PA 19106-1538
13993196       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14072483       +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13993198        Lehigh Valley Health Network,    P.O. Box 4067,    Allentown, PA 18105-4067
13993199        Omnicare of King of Prussia,    Omnicare Central Billing Center,    6990B Snowdrift Road,
                 Allentown, PA 18106-9580
13993200       +Physicians of University Hospital PC,    One Edgewater Street, 6th Floor,
                 Staten Island, NY 10305-4900
13993201       +Pottsville-Schuylkill Haven Area EMS,    P.O. Box 90,    Danville, PA 17821-0090
13993202       +Premier Auto Group,    107 Gantown Road,    Turnersville, NJ 08012-1676
13993204        Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
13993206        Urology Center of Florida,    550 SW 3rd Street, Ste. 305,    Pompano Beach, FL 33060-6946
13993207       +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14070857        E-mail/PDF: resurgentbknotifications@resurgent.com May 25 2018 02:02:34
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                 Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13993190        E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:40     Cavalry Portfolio Services,
                 P.O. Box 27288,    Tempe, AZ 85285
14032683       +E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:40     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13993191       +E-mail/Text: kzoepfel@credit-control.com May 25 2018 01:59:36     Central Loan Admin,
                 425 Phillips Blvd.,    Ewing, NJ 08618-1430
13993916       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:19:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13993203       +E-mail/Text: bkrpt@retrievalmasters.com May 25 2018 01:59:34      RMCB,
                 4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-3835
13994360       +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:34     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13993205       +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:34     Synchrony Bank/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar FSB,   as Servicer for,   Lakeview Loan Servicing, LLC
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14009922*      +Huntington National Bank,    3 Cascade Plaza Cas 056,    Akron, OH 44308-1124
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: Lisa                Page 2 of 2                Date Rcvd: May 24, 2018
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Cenlar FSB bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor William Anthony Moran, Sr. zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

WILLIAM ANTHONY MORAN, SR.
                                                    : Bankruptcy No. 17-16749REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 24, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM PA 18017-

WILLIAM ANTHONY MORAN, SR.
6955 SNOWDRIFT ROAD
BETHLEHEM,PA.18017